JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748
Email: jonathan.lee@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC GERENCSER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; DAVID RIDDLE, <br><br> Defendants. | No. C 08-4521 SC <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER** <br><br> *Date:   February 20, 2009* <br> *Time:   10:00 a.m.* <br> *Place:  Courtroom 1, 17th Floor* <br> *Judge:  Hon. Samuel Conti* |

//

//

//

//

//

STIPULATION AND PROPOSED ORDER
C 08-4521 SC

1   Subject to the approval of this Court, plaintiff ERIC GERENCSER and defendant UNITED
2   STATES OF AMERICA, by and through the undersigned, stipulate to postpone the pending
3   hearing date on the Federal Defendant's motion to dismiss, currently set for February 20, 2009.
4   After following the Court's scheduling protocols by first reserving a hearing date, the parties
5   agree to the following revised schedule:
6       (1)    The new last date for plaintiff to file his opposition will be **March 6, 2009**;
7       (2)    The new last date for filing of a reply will be **March 20, 2009**;
8       (3)    The new hearing date will be **April 3, 2009.**
9   The parties make this stipulation and proposed order because of plaintiff's counsel's recent
10  illness.
11  **IT IS SO STIPULATED.**
12  DATED: January 23, 2009        TONSING LAWFIRM

14                                        /s/
15                                  MICHAEL J. TONSING
                                Attorney for Plaintiff GERENCSER

17  DATED:  January 26, 2009        JOSEPH P. RUSSONIELLO
                                United States Attorney

19                                        /s/
20                                  JONATHAN U. LEE
                                Assistant United States Attorney
                                Attorneys for UNITED STATES

23             **PURSUANT TO STIPULATION, IT IS APPROVED AND SO ORDERED**.

25  DATED: ___2/2/09_____                                  
                                THE HON. SAMUEL CONTI
                                United States District Judge