JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 135879)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102
Telephone: 415-436-6909
Facsimile: 415-436-6748
Email: jonathan.lee@usdoj.gov

ATTORNEYS FOR THE UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC GERENCSER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DAVID RIDDLE,<br><br>    Defendants. | No. C 08-4521 SC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Subject to the approval of this Court, plaintiff ERIC GERENCSER and defendant UNITED STATES OF AMERICA, by and through the undersigned, stipulate to postpone the pending Case Management Conference, currently set for May 1, 2009 at 10:00 a.m., due to (1) the pending motion to dismiss, submitted on the papers in lieu of the April 3, 2009 hearing date, and the potential effects of the order resolving that motion on case management issues, and (2) a scheduling conflict for plaintiff's counsel, who is due to appear in state court in Grass Valley, California on another matter that same day.

    The parties propose May 29, 2009 as the new date for the case management conference. If that date is unavailable for the Court, the parties propose June 19, 2009.

STIPULATION AND PROPOSED ORDER
C 08-4521 SC

1  **IT IS SO STIPULATED.**

2  DATED: April 20, 2009                    TONSING LAWFIRM

4                                           /s/
                                            MICHAEL J. TONSING
5                                           Attorney for Plaintiff GERENCSER

7  DATED:  April 20, 2009                   JOSEPH P. RUSSONIELLO
                                            United States Attorney

9                                           /s/
                                            JONATHAN U. LEE
10                                          Assistant United States Attorney
                                            Attorneys for UNITED STATES

**PURSUANT TO STIPULATION, IT IS APPROVED AND SO ORDERED**.  The Case Management Conference is continued to May 29, 2009 at 10:00 a.m.

DATED:  April 21, 2009

THE HON. SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION AND PROPOSED ORDER
C 08-4521 SC                              -2-